UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 JUL 11 PM 4: 06

CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| GREGORY IFESINACHI EZEANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:22-cv-76 |
| ) | |
| LAURA B. ZUCHOWSKI, ) | |
| Director of USCIS Vermont Service Center, ) | |
| ) | |
| Defendant. ) | |

**ORDER DISMISSING AMENDED COMPLAINT AND DISMISSING CASE**
(Doc. 6)

On May 5, 2022, self-represented Plaintiff Gregory Ifesinachi Ezeani was granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915; however, Plaintiff's Complaint was dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B). (Doc. 4.) Plaintiff timely filed an Amended Complaint (Doc. 6), which the court now considers.

Dismissal is warranted for substantially the same reasons as explained in the May 5 Order. (*See* Doc. 4 at 3–5.) Although Plaintiff now seeks $10,000,000 in damages, the Amended Complaint does not state a *Bivens* claim against Defendant. *See Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971); *Ziglar v. Abbasi*, 137 S. Ct. 1843, 1857 (2017)   Because Plaintiff has not plausibly alleged a claim for relief, his Amended Complaint is DISMISSED. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 11th day of July 2022.

/s/ Geoffrey W. Crawford
Geoffrey W. Crawford, Chief Judge
United States District Court